UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LAKEISHA TERRY, ) | |
| ) | Case No. 1:20-cv-104 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ACTING COMMISSIONER OF ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Before the Court is Plaintiff's motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 26). Defendant responded to Plaintiff's motion, indicating that she did not object to the requested award of attorney's fees (Doc. 29).

On November 5, 2021, U.S. Magistrate Judge H. Bruce Guyton issued a report and recommendation, recommending that Plaintiff's motion for attorney's fees and expenses (Doc. 26) be granted, and a judgment awarding Plaintiff the amount of $5,552.60 in attorney's fees and $17.25 in expenses pursuant to the EAJA be entered. (Doc. 30, at 5–6.) Magistrate Judge Guyton concluded that Plaintiff should be awarded attorney's fees for 27.1 hours of attorney work and 7.4 hours of paralegal work plus $17.25 for a total of $5,552.60. (*Id.* at 4–6.) Neither party filed a timely objection to Magistrate Judge Guyton's report and recommendation.

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Guyton's report and recommendation (Doc. 30), and Plaintiff's motion for fees and expenses (Doc. 26) is hereby **GRANTED**. Plaintiff is **AWARDED** attorney's fees for 27.1 hours of attorney work and 7.4 hours of paralegal work plus $17.25 for a total of $5,552.60.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**